No. 03–6908. RICHARDS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Motion of peti-

tioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.